DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDGAR J. WILSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1910

[October 28, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit; Martin S. Fein, Judge; L.T. Case No. 05-15511CF10A.

Edgar J. Wilson, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***